# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MARTIN KEARBY SWOFFORD, JR.**                                          **PLAINTIFF**

V.                                                    **CIVIL ACTION NO. 5:16-CV-20-KS-MTP**

**UNITED STATES OF AMERICA** *et al.*                                  **DEFENDANTS**

## ORDER

On April 11, 2017, Defendant filed a Motion to Dismiss [28]. Plaintiff shall respond on or before **April 25, 2017**. L.U.Civ.R. 7(b)(4); Fed. R. Civ. P. 6(a). If Defendant wants to reply, it must do so within seven days of the filing of Plaintiff's response, but no later than **May 2, 2017**. L.U.Civ.R. 7(b)(4); Fed. R. Civ. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED, on this, the __11th__ day of April, 2017.

                                                        __s/Keith Starrett__
                                                      UNITED STATES DISTRICT JUDGE